UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------X
:
HASBRO, INC.,                    :
                                 :
     Plaintiff,                  :
                                 :
v.                               :    Civil Action No:
                                 :
PERFECT DEAL, LLC, MARKET POINT  :    **04-10059 PBS**
GROUP, LLC, AMIT RAIBI, and      :
DANIEL COHEN,                    :
                                 :    FILING FEE PAID:
     Defendants.                 :    RECEIPT # 53008
                                 :    AMOUNT $ 100.00
---------------------------------X    BY DPTY CLK _mmk_
                                      DATE 1/09/04

## MOTION FOR ADMISSION *PRO HAC VICE*

Daniel J. Lyne, attorney for the Plaintiff in the above-captioned matter, hereby moves this Honorable Court to grant admission *pro hac vice* to Kim J. Landsman and W. Tucker McCrady, and in support thereof avers as follows:

- This is an action for copyright and trademark infringement in which plaintiff seeks injunctive relief and monetary damages.

- Moving counsel is an attorney admitted to the bar of this District who will act as local counsel for plaintiff Hasbro, Inc. in this matter.

- As is set forth in the L.R. 83.5.3(b) Certification of Kim J. Landsman, filed herewith, Kim J. Landsman is a member in good standing of the bar of the State of New York and has been admitted to practice before the United States District Courts for the Southern, Eastern, and Western Districts of New York

and the Eastern District of Wisconsin. Mr. Landsman is also admitted to practice before the United States Courts of Appeals for the Federal, First, Second, Sixth, Seventh, and Eighth Circuits as well as the United States Supreme Court. There are no pending disciplinary proceedings against Kim J. Landsman.

- As is set forth in the L.R. 83.5.3(b) Certification of W. Tucker McCrady, filed herewith, W. Tucker is a member in good standing of the bar of the State of New York and has been admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York  There are no pending disciplinary proceedings against W. Tucker McCrady.

- Moving counsel, Daniel J. Lyne is a member in good standing of the Bar of the Commonwealth of Massachusetts and is admitted to practice before this United States District Court.

WHEREFORE, moving counsel respectfully requests this Honorable Court to grant the admission of Kim J. Landsman and W. Tucker McCrady, *pro hac vice* to the Bar of this Court.

> Respectfully submitted,
>
> HASBRO, INC.
>
> By its attorney
>
> Daniel J. Lyne (BBO#309290)
> HANIFY & KING
> Professional Corporation
> One Beacon Street
> Boston, MA  02108-3107
> (617) 423-0400

Dated: January 9, 2004

393172

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

---------------------------------X
                                 :
HASBRO, INC.,                    :
                                 :
          Plaintiff,             :
                                 :
v.                               :   Civil Action No:
                                 :
PERFECT DEAL, LLC, MARKET POINT  :
GROUP, LLC, AMIT RAIBI, and      :
DANIEL COHEN,                    :
                                 :
          Defendants.            :
                                 :
---------------------------------X
```

### L.R. 83.5.3(b) Certification of Kim J. Landsman

I, Kim J. Landsman, counsel for plaintiff Hasbro, Inc. in the above-captioned matter, hereby certify, pursuant to L.R. 83.5.3(b) that:

- I am a member in good standing of the bar of the State of New York and am admitted to practice before the United States District Courts for the Southern, Eastern, and Western Districts of New York and the Eastern District of Wisconsin.

- A Certificate of Good Standing issued by the United States District Court for the Southern District of New York is attached as Exhibit A hereto.

- I am also admitted to practice before the United States Courts of Appeals for the Federal, First, Second, Sixth,

Seventh, and Eighth Circuits, as well as the United States Supreme Court.

- There are no pending disciplinary proceedings against me.
- I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

*/s/ Kim J. Landsman*

Kim J. Landsman
PATTERSON, BELKNAP,
 WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
-----------------------------------X
                                   :
HASBRO, INC.,                      :
                                   :
          Plaintiff,               :
                                   :
v.                                 :    Civil Action No:
                                   :
PERFECT DEAL, LLC, MARKET POINT    :
GROUP, LLC, AMIT RAIBI, and        :
DANIEL COHEN,                      :
                                   :
          Defendants.              :
                                   :
-----------------------------------X
```

## L.R. 83.5.3(b) Certification of W. Tucker McCrady

I, W. Tucker McCrady, counsel for plaintiff Hasbro, Inc. in the above-captioned matter, hereby certify, pursuant to L.R. 83.5.3(b) that:

- I am a member in good standing of the bar of the State of New York and am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

- A Certificate of Good Standing issued by the United States District Court for the _Southern_ District of New York is attached as Exhibit A hereto.

- There are no pending disciplinary proceedings against me.

- I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

>
> Respectfully submitted,
>
> W. Tucker McCrady
> PATTERSON, BELKNAP,
>  WEBB & TYLER LLP
> 1133 Avenue of the Americas
> New York, New York 10036-6710
> (212) 336-2000

393181