UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
:
HASBRO, INC., :
:
    Plaintiff, :
:
v. : Civil Action No: 04-10059 (PBS)
:
PERFECT DEAL, LLC, MARKET POINT :
GROUP, LLC, AMIT RAIBI, and :
DANIEL COHEN, :
:
    Defendants. :
:
---------------------------------------------------------------X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes the plaintiff, Hasbro, Inc. ("Hasbro") and hereby gives notice of dismissal of the above captioned action *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1).

                HASBRO, INC.

                By its attorney

                _____
                Daniel J. Lyne (BBO#309290)
                HANIFY & KING
                Professional Corporation
                One Beacon Street
                Boston, MA  02108-3107
                (617) 423-0400

Dated: January 9, 2004
*393172*